# Arkansas Uniform Incident Report

**Incident Report Number:** A-03/15-0383ICP

## SUMMARY

| Field | Value |
|---|---|
| Type Incident | POSS METHAMPHETAMINE |
| Incident Date | 3/30/2015 |
| Incident Time | 04:00 PM |
| Call Location | PATROL CHECK |
| Call Date | 3/30/2015 |
| Call Time | 04:00 PM |
| Incident Address | ENTRANCE RAMP KERR RD TO I-40 EAST |
| Incident City | LONOKE |
| Incident State | AR |
| Incident Zip Code | 72806 |
| Number of Subjects | 1 |
| Number of Vehicles | 1 |
| Unit Assigned | H-27 |

## SUBJECT 1

The Subject is: **OWNER, SUSPECT**

| Field | Value |
|---|---|
| Subject - Last Name | LEON |
| Subject - First Name | JAVIER |
| Subject - MI | |
| Subject - Suffix | |
| Subject - Telephone # | |
| Subject SSN | |
| Subject - Address | (redacted) |
| Subject - City | MORENO VALLEY |
| Subject - State | CA |
| Subject - Zip Code | 92555 |
| Subject - Driver License Number | (redacted) |
| Subject - DL State | CA |
| Subject - DL Endorsements | |
| Subject - DL Class | A |
| DL Restrictions | CORR LENSE |
| Subject - DOB | (redacted) |
| Subject - Race | HISPANIC |
| Subject - Sex | MALE |
| Subject - Height | 5'06" |
| Subject - Weight | 195 lbs. |
| Subject - Hair Color | BLACK |
| Subject - Eye Color | BROWN |

Injury Transported: ☐ YES ☒ NO

## VEHICLE 1 — SUBJECT OF REPORT

| Field | Value |
|---|---|
| Year | 2004 |
| Make | PETERBILT |
| Model | CONVENTIONAL TRUC |
| Plate - Year | 2015 |
| Plate - State | CALIFORNIA |
| Plate - Number | VP94511 |
| Vehicle - Body | TRUCK |
| Vehicle - Color | MAROON |
| Vehicle Identification Number | 1XP5DB9X34D805834 |
| Vehicle Towed | ☐ YES ☒ NO |

## Narrative

I OBSERVED A TRACTOR TRAILER SITTING ON THE SHOULDER OF THE ENTRANCE RAMP FROM KERR ROAD TO I-40 EAST. I PULLED IN FRONT OF IT AND GOT OUT TO CHECK, WHEN I NOTICED THE DRIVER WAS SITTING AT THE WHEEL. I STEPPED ON TO HIS DOORSTEP TO SEE WHAT THE TROUBLE WAS. HE SEEMED VERY NERVOUS AND MADE IT KNOWN TO ME THAT HE KNEW HE WAS NOT SUPPOSE TO PARK THERE, BUT INDICATED HE HAD TO TALK TO HIS DISPATCH. I ACKNOWLEDGED THAT HE WAS NOT SUPPOSE TO PARK THERE, BUT HE CONTINUED TALKING ABOUT IT. HE ASKED IF IT WAS OKAY TO PARK THERE IN AN EMERGENCY. I ASKED HIM IF HE WAS HAVING AN EMERGENCY AND HE SAID HE WAS NOT. I ASKED HIM WHAT HE WAS HAULING AND HE INDICATED HE HAD 20 DROPS OF FURNITURE. HE ALSO TOLD ME THAT HE OWNED THE FURNITURE STORE WHERE HE LOADED. I ASKED IF I COULD LOOK AT HIS BILL OF LADING AND IT SHOWED HE LOADED ON THE 26TH OF MARCH. I ASKED IF I COULD LOOK AT HIS LOG BOOK AND IT SHOWED HE WAS OFF ABOUT 2 WEEKS PRIOR TO THE DATE ON THE BILL OF LADING, BUT THAT HE DID NOT LEAVE CALIFORNIA UNTIL THE 28TH OF MARCH. I ASKED LEON ABOUT THERE BEING ANYTHING ILLEGAL IN THE VEHICLE AND HE TOLD ME THERE WAS NOT, BUT I STILL BELIEVED HE WAS VERY UNCOMFORTABLE ABOUT THE QUESTION. I MENTIONED SPECIFIC DRUGS BY NAME AND TO EACH HE HELD HIS HANDS STRAIGHT UP PALMS TOWARD ME, MOVED HIS HEAD FROM SIDE TO SIDE AND SAID NO SEVERAL TIMES TO EACH SPECIFIC. I FELT THE RESPONSE WAS AN OVER REACTION TO THE NORMAL AND PERCEIVED IT AS NERVOUSNESS ON HIS PART. I ASKED FOR PERMISSION TO SEARCH THE VEHICLE AND HE GRANTED IT. I TOLD HIM THAT HE HAD THE RIGHT TO TELL ME NO AND ASKED IF IT WAS STILL OKAY FOR ME TO SEARCH HIS VEHICLE. HE AGAIN SAID IT WAS OKAY. I ASKED HIM TO TAKE THE PADLOCK OFF THE REAR DOOR AND OPEN ONE DOOR. WHEN HE DID I OBSERVED THAT THE TRAILER APPEARED TO BE FULLY LOADED WITH FURNITURE AS HE HAD SAID. I DECIDED TO GET A CANINE TO THE SCENE AND CONTACTED TROOPER CHASE MELDER. HE CAME AND RAN HIS DOG AND THEN CRAWLED ABOVE THE CARGO TO WHERE THE METHAMPHETAMINE WAS LOCATED. I THEN CUFFED AND PLACED LEON IN THE REAR OF MY VEHICLE. I DROVE THE TRACTOR AND SEMI-TRAILER TO THE CO-OP BETWEEN LONOKE AND CARLISLE WHERE IT WAS OFF LOADED TO THE POINT OF BEING ABLE TO GET TO 6 CLEAR JUGS AND 1 WHITE JUG OF LIQUID. THERE WERE 20 BUNDLES OF WHAT WAS ALSO BELIEVED TO BE METHAMPHETAMINE. THE TOTAL

Narrati

WEIGHT WAS 276 POUNDS GROSS. CPL TRENTON BEHNKE ASSISTED AND HE RELEASED THE EVIDENCE TO LITTLE ROCK PD OFFICER FOR PROPER STORAGE. BEHNKE ALSO MADE OUT THE SEIZURE FORFEITURE FORM TO CONFISCATE THE TRACTOR AND TRAILER WHICH I ESTIMATE WOULD BE VALUED AT $75,000.00. THE SUSPECT WAS JAILED AT LONOKE COUNTY DETENTION CENTER FOR TRAFFICKING METHAMPHETAMINE.

| Rank | Officer - Last Name | Officer - First Name | Officer - MI | Officer - Suffix |
|---|---|---|---|---|
| SR CP | CRAIG | OLEN | L | |

| Officer - Signature | Officer - Department |
|---|---|
| *[signature] Olen Craig 314* | ASP - TROOP H |
| | Officer - Badge Number |
| | 0314 |

| Rank | Supervisor - Last Name | Supervisor - First Name | Supervisor - MI | Supervisor - Suffix |
|---|---|---|---|---|
| | | | | |

| Supervisor - Signature | Supervisor - Department |
|---|---|
| | |
| | Supervisor - Badge Number |
| | |