AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *Eastern District of Arkansas*

USA    v.    JAVIER LEON

EXHIBIT AND WITNESS LIST

CASE NUMBER: 4:15cr00142-01 JM

| PRESIDING JUDGE<br>James M. Moody Jr. | PLAINTIFF'S ATTORNEY<br>Bill James | DEFENDANT'S ATTORNEY<br>Chris Givens |
|---|---|---|
| TRIAL DATE(S)<br>Suppression Hearing 1/24/17 | COURT REPORTER<br>Karen Baker | COURTROOM DEPUTY<br>Kacie Glenn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOVERNMENT WITNESS LIST |
| 1 | | | | | Olen Craig |
| 2 | | | | | Chase Melder |
| 3 | | | | | Scott Cunningham |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT LIST |
| 1 | | | | X | Arrest / Disposition Report |
| 2 | | | | X | Melder/K9 Pavatt Narcotics Detection Certification |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages