IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

VS.                                           4:15-CR-00142-01-JM

**JAVIER LEON**

## ORDER

Defendant's Motion to Reduce Sentence is (Doc. No. 135) is DENIED.

Applying retroactive guideline Amendment 821 reduces Defendant's total offense level from 38 to a 36.  With a criminal history category of I, the new range is 188-235 months.  However, Defendant was sentenced to 180 months, which is below the new range.  Because there was no substantial assistance in this case, Defendant is ineligible for a reduction further below his new range.[1]

IT IS SO ORDERED this 7th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* USSG § 1.10(b)(2)(A) ("Limitation.—Except as provided in subdivision (B), [which involves substantial assistance], the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined under subdivision (1) of this subsection.").